AO 106 (Rev. 04/10)  Application for a Search Warrant

**FILED**

# UNITED STATES DISTRICT COURT

for the

District of Kansas

U.S. District Court
District of Kansas

OCT 6 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with Facebook User ID FACEBOOK USER ID 100078629967555 (further described in Attachment A) that is stored at premises controlled by Meta Platforms, Inc.

)
)
)
)
)
)

Case No.  22-MJ-6281-01-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information associated with Facebook User ID FACEBOOK USER ID 100078629967555 (further described in Attachment A) that is stored at premises controlled by Meta Platforms, Inc.

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A | Stalking |
| 18 U.S.C. 2252A(a)(2) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession/Access with Intent to View Child Pornography |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Natalie A. Daemen, TFO, Federal Bureau of Investigation

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6 Oct 22 @ 3:56pm

*Judge's signature*

City and state:  Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge

*Printed name and title*

| Print | Save As... | Attach | Reset |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **FACEBOOK USER ID 100078629967555** THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. 22-MJ-6281-01-GEB **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Natalie A Daemen, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. (formerly and more commonly known as "Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta (Facebook) to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Detective with the Wichita Police Department, and have been with the department since March 2011. I am currently a Task Force Officer for the Federal Bureau of Investigations. As a Task Force Officer of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United

States Code § 2252 and 2252A, and 2261A. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, major theft, and other federal crimes. I have participated in the preparation and execution of search warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY DEFINITIONS

5.     As noted above, this investigation concerns alleged violations of the following:

18 U.S.C. § 2252(a)(1) and (b)(1) prohibit any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer or mail, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

2

18 U.S.C. § 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

18 U.S.C. § 2252A(a)(1) and (b)(1) prohibit a person from knowingly mailing, or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8), or attempting or conspiring to do so.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2261A(2)(b) prohibits a person from using the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or the spouse of that person.

**PROBABLE CAUSE**

6.      This is part of an on-going investigation into the stalking and harassment of Charlin CHRISTIAN, and the distribution of child pornography, via accounts that appear to be associated with or operated by Susan MARTIN.

7.      This investigation involves a number of accounts which utilize or reported information using Universal Coordinated Time (UTC), as well as actions or communications occurring in Central Standard Time (between November 7, 2021 and March 13, 2022) and Central Daylight Savings Time (March 13, 2022 to present). Central Time is five hours behind Universal Coordinated Time (abbreviated as UTC-5) during Daylight Saving Time and six hours behind Universal Coordinated Time (UTC-6) during Standard Time. For the convenience of the reviewing magistrate, where important to the consideration of the facts, your Affiant has converted UTC times to Central Time accordingly.

### Report of Locanto Advertisement

8.      On or about December 12, 2021, CHRISTIAN reported MARTIN made a fake Craigslist Ad advertising Free Sex, and that several males had come to her residence and stated "SUSAN MARTIN says hi." During the investigation of this and additional reporting, WPD Officer Kailee Oswalt observed an advertisement on Locanto.com entitled "Come over for fun," with the body of the post stating "Come over and fuck me just come to 1823 S Ida Wichita, KS 67211." Included on the advertisement was a photo of CHRISTIAN which had likely been taken from her Facebook page.

9.      Information provided by Locanto indicated that the advertisement had been created on December 9, 2021, by Susan MARTIN, using MARTIN's phone number 3166707954

4

and susanmartncats55@gmail.com account. Additionally, the reported IP address (172.13.8.16) returned to MARTIN's residence in Wichita, Kansas.

10.     On January 11, 2022, Officer Oswalt contacted MARTIN and conducted an interview. At that time, MARTIN admitted she utilized Facebook.com under the name "Susan Lytle Martin." MARTIN provided verbal consent as well as signed a written consent to a search of her cellular telephone and Samsung Tablet. Later that day, CHRISTIAN contacted Officer Oswalt and provided a screenshot of a Facebook message from an account labeled Susan Martin with a picture of MARTIN. The message stated: "since the police are wanting my phone and tablet today. I will erase all information on it so she can't trace it back to me. That way they won't find anything on it."

11.     Subsequent forensic examination of MARTIN's phone revealed it had been used to access the Locanto.com advertisement on December 10, 2021.

12.     On February 1, 2022, CHRISTIAN established a new residence in Hutchinson, Kansas. Shortly thereafter, CHRISTIAN was targeted for additional harassment, both online and via reports to law enforcement.

**Child Pornography is directed to CHRISTIAN from MARTIN's residence**

13.     On February 5, 2022, Facebook detected a user identified as "Steve Sifers" (Facebook User ID 100078060334329) had repeatedly uploaded images of what Facebook identified as "apparent child pornography" involving a pubescent child engaged in a sex act, from its review and familiarity with the image content.[1] Facebook reported the same files of

---

[1] Facebook noted it conducted a "hash match" of the images, meaning Facebook personnel had previously seen the image, identified the contents as apparent child pornography, and retained the depiction's unique hash value. In this manner, Facebook may automate the capture of previously seen child pornography images. Because Facebook personnel are trained in identifying child pornography, as defined in 18 U.S.C. § 2256(8), and because Facebook has

5

"apparent child pornography" were uploaded several times on February 5, 2022, starting around 1:20 PM Central Time (19:20:30 UTC).   The following day, Facebook submitted Report 117435133 to the National Center for Missing and Exploited Children (NCMEC) CyberTipline.

14.     As part of Report 117435133, Facebook identified the "Steve Sifers" account (Facebook User ID 100078060334329) had used Facebook Messenger to send images of child pornography to two Facebook account recipients, "charlinchristian" (Facebook User ID 100000108190613)    and "charlin.christ" (Facebook User ID 100007807337416). These latter two accounts "charlinchristian" and "charlin.christ" are known personal accounts of Charlin CHRISTIAN, the target of the stalking activity.

15.     As part of Report 117435133, Facebook provided the Messenger content, which reflected written messaging sent in conjunction with images that Facebook identified as apparent child pornography. The messaging reflected the following communication:

> "Hello this is Steve Susan Martin boyfriend. You should come over to my house with Bob Simmons and Susan Martin tonight. Bob is bringing free state and weed. He said I should invite you to our party. This is the kind of fun Bob, Susan, and I have. Come to 1924 W Walker ST Wichita KS 67213 at eight thirty PM. A few of the pic's are Bob and my granddaughter's. From my kids kid's it will be a fun party. Here is Bob and my granddaughter."

From Facebook's report, the above written messaging was sent via Messenger Thread ID 5501387969874755, on February 5, 2022, at 1:35 PM Central Time (19:35:41 UTC), and was sent immediately preceding and following the uploaded child exploitation image(s). While the message and images were directed to the account CHRISTIAN, it is believed that the delivery of

---

substantial experience in identification of the same, Facebook's identification of the reported image as "apparent child pornography" (including that the image(s) involved a pubescent minor involved in a sex act) provides sufficient evidence for probable cause.

the images was prevented by Facebook (as it had detected the child pornography and thus automatically prevented delivery).

16.     As part of Report 117435133, Facebook provided IPv6 address information relative to the account. Specifically, for the uploads of child pornography, those occurred via IPv6 address 2600:1700:649c:c30:35a9:657c:6fc7:f6e0 on February 5, 2022, at 1:20 PM Central Time (19:20:30 UTC), at 1:41 PM Central (19:41:52 UTC). Notably, this IPv6 address was included by Google for another account. "robertsimmons5667@gmail.com," which Google had detected as engaged in the uploading of child pornography at 1:18 PM Central (roughly two minutes before the first upload to Facebook). The usage of the same IP address, in close temporal proximity to similar child pornography activity, strongly indicates that the user(s) of these two accounts were located at the same physical location, and that the user(s) or operator(s) of the accounts were likely the same person or acting in concert with another.

17.     As part of Report 117435133, Facebook also reported the account had most recently been accessed, on February 5, 2022, at 2:18 PM Central Time (20:12:28 UTC), via IPv6 address 2600:1700:649c:c30:e594:895c:51aa:e6d0. A subpoena to AT&T revealed this IPv6 address provided service to MARTIN's residence at 1845 S Ida in Wichita, Kansas.

18.     As part of Report 117435133, Facebook advised the user of the "Steve Sifers" account (Facebook User ID 100078060334329), had provided an associated email of "stevesifers727@gmail.com." This Gmail account was later reported by Google (discussed below).

19.     Around the same time as Facebook's detection/report, Google detected the user(s) of "robertsimmons5667@gmail.com" had uploaded an image of child pornography to Google's Gmail infrastructure. Google identified the image content as involving a prepubescent minor

7

involved in a sex act.[2] Google reported that the image had been uploaded via IPv6 address 2600:1700:649c:c30:35a9:657c:6fc7:f6e0 on February 5, 2022, at 1:18 PM Central Time (19:18:19 UTC). This was the same IPv6 address reported by Facebook in CyberTipline Report 117435133 (discussed above in paragraph 16, involved in similar activity roughly 2 minutes later), indicating the user(s) of the Gmail account and Facebook account were operating from the same physical location to upload child pornography.

20.     Google captured the image and provided the same in a CyberTipline Report 117433986 submitted the following day to the National Center for Missing and Exploited Children (NCMEC) Cybertipline. Google advised the image had an MD5 hash value of be72b8daf0bddc44b9ab2e0462a2bfbb.

21.     As part of Report 117433986, Google also noted the "original filename" for the file was "download – 2022-02-05T124006.553.jpg." The filename suggests the file had been downloaded by the user to a device operated by the user, and the device created the file title on February 5, 2022 (2022-02-05) at 12:40:06. While it is unknown what program or application was used to download the file, because the filename appears to reflect a title generated by a device's program or application, it is likely that the timezone is one associated with the device and would reflect the user's local time. Later investigation revealed the user of "robertsimmons5667@gmail.com" was either the user of, or acting in concert with, two other accounts which were accessed from MARTIN's residence in Kansas. In light of these

---

[2] Google noted it conducted a "hash match" of the images, further explaining "while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography." Because Google personnel are known to be trained in identifying child pornography, as defined in 18 U.S.C. § 2256(8), and because Google has substantial experience in identification of the same, Google's identification of the reported image as "apparent child pornography" (including that the image involved a prepubescent minor involved in a sex act) provides sufficient evidence for probable cause.

connections, it is probable that this file was downloaded by the user at MARTIN's residence on February 5, 2020 at 12:40 PM Central Time, roughly 40 minutes before it was uploaded to Google's servers.

22.   A later search warrant for this account revealed it had been created on February 5, 2022 at 12:01 Central Time (18:10:01 UTC) via IP address 2600:1700:649c:c30:4882:3a8e:2e4b:3c93. Google reported the account had only been logged into a single time, and had been disabled with an end-of-service date of February 5, 2022 at 1:18 PM Central Time (19:18:29 UTC). Thus, this account appeared to have been created for the sole purpose of uploading and sending child pornography, but had been detected/disabled before the user(s) were able to do so.

23.   Another related account was reported by Google in CyberTipline Report 117443663. For that report, Google advised it had detected the user of "stevesifers727@gmail.com" uploaded 52 files of "apparent child pornography" to the user's Google Drive storage. These uploads were sent in a roughly 20 second window around 6:29 PM Central Time on February 6, 2022 (specifically 00:28:45 UTC and 00:29:08 UTC on February 5, 2022). Notably, the uploaded files included the file reported by Google in Report 117433986, discussed in paragraphs 20 and 21 above. Specifically, Google reported "stevesifers727@gmail.com" account had uploaded the file with the original filename "download – 2022-02-05T124006.553.jpg" with an MD5 hash of "be72b8daf0bddc44b9ab2e0462a2bfbb," which indicates it was the same file of child pornography as uploaded by the "robertsimmons5667@gmail.com" account roughly five hours earlier. Likewise, the "stevesifers727@gmail.com" account was associated with the Facebook

"Steve Sifers" account (as noted above in paragraph 18) which sent child pornography to the two accounts of CHRISTIAN roughly 4.5 hours earlier.

24.     Later review of the IP address information associated with the uploaded images revealed the "stevesifers727@gmail.com" had accessed an IPv6 address that had also been used in the Facebook account. Specifically, on February 5, 2022, at 11:15 AM Central Time (17:15:09 UTC), the "stevesifers727@gmail.com" account was logged into via IPv6 address 2600:1700:649c:c30:5951:6076:18af:bcd3. On that same date, just nine seconds earlier (17:15:00 UTC), Facebook records showed the "Steve Sifers" account had been logged in via the same IPv6 address. The nine second difference strongly indicates the user(s) were located at the same physical location, and that the user(s) or operator(s) of the accounts may be the same or acting in concert.

25.     A later search warrant for the "stevesifers727@gmail.com" account revealed it had been created on February 5, 2022 at 11:09 AM Central Time (17:09:23 UTC) and then disabled on the same day at 6:29 PM (00:29:09 UTC on February 6, 2022). Thus, similar to the "robertsimmons5667" account, this account appeared to have been created for the sole purpose of creating a Facebook account which was used to upload and send child pornography.

26.     The preceding information relative to the Cybertips was discovered by law enforcement later (in late February, early March 2022), but has been inserted in the chronology to provide context for later information.

### Report of Child Pornography to NCMEC, Hutchinson Police

27.     On February 5, 2022, at approximately 6:44 PM Central (which converts to 00:44:00 UTC on February 6, 2022), Hutchinson Police Chief Jeff Hooper received an email from "susanmartinsusieque65@gmail.com" stating "You need to know Charlin Christian is

10

receiving child porn on her phone through her email. Her email address is charlinthestar@gmail.com last I knew she lives in Hutchinson." In context, this email would have been sent roughly 5 hours after the messages detected/captured by Facebook from the "Steve Sifers" account.

28.     On February 5, 2022, at 6:53 PM Central (00:53:53 UTC on February 6, 2022), NCMEC received a report that advised "charlinthestar@gmail.com" was "receiving and sending child porn" with a reported incident time of 5:40 PM Central (23:40:00 UTC), roughly an hour earlier. This report was submitted from IP address 172.13.8.16. This IP address is known to provide service to MARTIN's residence during this time period.

29.     On February 8, 2022, the Hutchinson Kansas Police Department received a report from CHRISTIAN advising she had been sent images of child pornography via email on February 5, 2022 at 6:39 PM. The email came from "bobsimmons5665@protonmail.com"[3] to her email address "charlinthestar@gmail.com." CHRISTIAN reported she contacted Bob Simmons, a former neighbor from the 1800 block of S Ida, and he denied sending the email.

30.     The child pornography sent via the Protonmail account included images depicting prepubescent females spreading their legs and exposing their genitals.

31.     The time between the child pornography email sent to CHRISTIAN and the email sent to Chief Hooper is roughly 5 minutes. Given the sender's apparent awareness that child pornography would then be located in CHRISTIAN's Gmail account, it is likely that the sender was responsible or involved in sending the child pornography to the account in order to fabricate

---

[3] Protonmail is an end-to-end encrypted email service, with both free and paid services. Protonmail does not require any verifiable information to set up an account. However, if a user forgets their password and has not provided a phone or secondary email address, no "password reset" email or text message can be used to reset the password.

a report to Chief Hooper. Moreover, because the email to Hutchinson law enforcement was only four days after CHRISTIAN's relocation, it appears the sender was/is surveilling CHRISTIAN's movements.

### Additional Child Pornography Distribution

32.     On February 19, 2022, an email was sent to the Hutchinson Police Department, Reno County Sheriff Department, and several Hutchinson businesses, containing child pornography, including images depicting prepubescent females spreading their legs and exposing their genitals. The email message stated:

> From: charlinthestars <charlinthestars@protonmail.com>
> Sent: Saturday, February 19, 2022 2:26 PM
> To: [REDACTED][4]
>
> Subject: [EXT_SENDER] I will take photos and videos to sell like these for you.
>
> I am Charlin Christian and I take photos and videos to sell online. I am back from New Mexico. So find me in Hutchinson KS at charlinthestar@gmail.com and I will take photos of your little ones to sell to people. And I will share the money I make from the photos and videos. I use my computer that i keep secret from everyone in Hutchinson that way we all wont get in trouble. My photo studio is called the Lucia and Christian kiddy sexy photos. my kids Aabe and Indy Lucia help me with the photos and videos. We also sell any drug's or anything ells you want including sex and happy ending massage's. So come have fun with us and mention that Bob, Mindy, and Susan sent you for a discount. Hope to hear from all of you soon You're friend Charlin Christian.
>
> charlinthestar@gmail.com
> Sent with ProtonMail Secure Email.

33.     The email also contained a "chain" of a previous message, from "bobsimmons5665@protonmail.com" sent on February 5, 2022. That portion contained an original email of "Hey i am going to my friend's house at 1924 W Walker ST tonight, I need you to keep these safe for me and Steve. Don't look at them or call anyone. About them I will be

---

[4] The recipients have not been included in this affidavit, but are known to law enforcement.

getting more so keep them safe from me." The content was similar to that sent to CHRISTIAN's Gmail account on February 5, 2022.

34.     It is notable that the email header contained a return address of "charlinthestars@protonmail.com," but within the email the writer advised to contact via "charlinthestar@gmail.com." The apparent usage of the same username suggests the sender was trying to mimic the known Gmail account of CHRISTIAN, and to directly implicate the same.

35.     On February 22, 2022 at approximately 3:07 PM Central, MARTIN called 911 and reported receiving emails from "charlinthestares@protonmail.com"[5] which contained child pornography.

36.     When detectives responded to MARTIN's residence at 1845 S Ida, TETER reported he thought his and MARTIN's phones had been hacked. MARTIN and TETER both signed waivers to search their phones, and the devices were forensically processed.

37.     WPD Detectives Pearman and Newbery returned to the residence on February 23, 2022 to return cellphones to MARTIN and TETER. Both MARTIN and TETER turned off the Airplane Mode function on their phones (thus activating receptivity) and advised they had both received additional emails similar to before (though they had not opened the emails themselves). Both agreed to let Detective Pearman retain custody of their phones for forensic downloads.

38.     While at MARTIN's residence, Detective Newberry requested access to the wireless internet at the residence and was provided a password by TETER. Officer Newberry used a website https://ipchicken.com which showed the IP address of 172.13.8.16 was the

---

[5] This reflects a slight difference from the earlier email, adding an "e" to the username. This suggests that the user forgot the password for the account and had not put in a secondary email or phone, and thus created a new account to replace the old one.

current IP for the wireless network. This is the same IP address used to post and modify the Locanto.com advertisement from December 2021 and to submit the private citizen report to NCMEC (both referenced above).

39.     Examination of the phones' contents showed TETER received an email from "bobsimmons5665@protonmail.com" at his address of "christopherteter42421@gmail.com" on February 22 at 4:41 PM Central.  The email stated "We will get you to take the blame for this. And make Susan and Charlin blame you.  That way you get in trouble.  Hope you enjoy being blamed for this.  We have our friend helping blame you and Charlin that way you will be the only one to get in trouble.  Steve Sifers is helping us with that." The email contained photos of CHRISTIAN and photos of prepubescent females spreading their legs to show their genitals as well as prepubescent children engaging in various sex acts, including penetration of genitals with a carrot and oral sex. The reference to Steve SIFERS is a reference to a previous boyfriend of MARTIN, whom TETER outed to MARTIN as a convicted sex offender.

40.     TETER also received an email from "charlinthestares@protonmail.com" on February 22, 2022 at 5:30 PM Central.  The email stated "I am Charlin Christian and I take photos and videos to sell online.  I am back from new Mexico.  So find me in Hutchinson KS at charlinthestar@gmail.com and I will take photos of your little ones to sell to people. And I will share the money I make from the photos and videos. I use my computer that I keep secret from everyone in Hutchinson that way we all wont get in trouble. My photo studio is called the Lucia and Christian kiddy sexy photos. My kids Aabe and Indy Lucia help me with the photos and videos. We also sell any drug's or anything ells you want including sex and happy ending massage's. So come have fun with us and mention that Bob, Mindy, and Susan sent you for a discount. Hope to hear from all of you soon you're friend Charlin Christian." The images in the

14

email appeared to be the same as the email from "bobsimmons5665@protonmail.com" sent to CHRISTIAN on February 5, 2022, suggesting the operator of the accounts has continued to retain the images in order to send them from new Protonmail accounts.

### Search warrant for MARTIN's residence and devices

41.     A search warrant (22-MJ-6039-KGG) was obtained for 1845 S Ida (MARTIN's residence). Agents executed the warrant on March 17, 2022. A laptop was located in TETER's bedroom.

42.     Both MARTIN and TETER were interviewed during the search on March 17, 2022. In her brief interview, MARTIN provided demographic information but denied knowing anything about the child pornography. When asked about the laptop, she claimed it had been hers but she gave it to TETER and had not used it in years.

43.     During his interview, TETER claimed that he provided MARTIN with email addresses, which she used as the recipients of emailed child pornography. However, he denied obtaining the child pornography. He claimed that, as agents were announcing their presence, MARTIN gave him the laptop and told him to hide it. TETER stated that is why the laptop was in his room. TETER stated that MARTIN was the user of the laptop. TETER also claimed that MARTIN was using an email account, identified by him as a "Mike Brown" email account, to make sex advertisements about him to harass him like MARTIN was doing to CHRISTIAN.

44.     Subsequent physical examination of the laptop revealed a useable print at the top edge near the camera. The useable fingerprint on the laptop came back to TETER's right thumb.

45.     Examination of the laptop revealed thumbnail images of child pornography that had been deleted. Those images were compared to the child pornography sent by the Protonmail accounts, and many matches were observed. Examples of content found on the laptop (and in the

Protonmail emails) included an image depicting a female believed to be under the age of 14 sitting on a bed while fully nude, with her legs spread to expose her genitals into which she is inserting an orange object. Another image depicts a fully nude female believed to be under the age of 14 standing with one leg raised to the side exposing her vagina. Another image depicts a female believed to be under the age of 14 lying on her back wearing black nylons and silver high heels subjected to vaginal penetration by an adult male.

46.     During a download of the laptop and a phone belonging to TETER the e-mail address of "mike.brown86424@gmail.com" was located on both devices. This e-mail account was accessed via the web browser during the time frame of the child pornography e-mails (February 5 through 19, 2022). Because the account was accessed via a web browser (rather than an application on the device), none of the e-mails were visible on the device download.

47.     Following this search, in April 2022, MARTIN and TETER left the 1845 S IDA residence and appear to have left the jurisdiction, establishing a new residence (together) in Arkansas.

### Additional investigation into MARTIN's email and other accounts

48.     Investigators        obtained        a        search        warrant        for        the "susanmartinsusieque65@gmail.com account." Investigators observed the account was created on December 12, 2021.  Additionally, the content provided by Google included an email dated February 22, 2022 showing the user of "susanmartinsusieque65@gmail.com" received a verification code from Protonmail, the service used to send the child pornography.

### Additional contact from a new MARTIN Facebook account

16

49.     ICAC Detective Pearman with the Wichita Police Department received a report from Charlin CHRISTIAN that she had received more messages from Susan MARTIN on a new Facebook page.

50.     Susan MARTIN's new Facebook page is under her name of Susan Martin at https://www.facebook.com/profile.php?id=100078629967555 (**TARGET ACCOUNT**). This account appears to have been created on March 15, 2022.

51.     On March 15, 2022 at 11:04 PM Central a Facebook post occurred of a photo of CHRISTIAN's mother's house from the account of Susan Martin. The message with the photograph read, "My friend's Bob, Mindy, and I. Drove by here today to make sure it is her. Bob and Mindy got out and looked around and looked in and saw it is her place. Bob made sure of that so thank you to my friend's for that."

52.     On March 16, 2022 CHRISTIAN began receiving Facebook instant messages from the **TARGET ACCOUNT** talking about driving by her house. "Bob will be sending more e-mails to people in your name" "And more post office boxes because I will be sending more to you".

53.     On March 16, 2022 Detective Pearman received screenshots from CHRISTIAN of her Facebook Messenger account of a message from the **TARGET ACCOUNT**, indicating that MARTIN is pressing charges on CHRISTIAN:

17





6:08                                    .ıll LTE

2   Susan Martin
        3:26 PM

I just called the detective
to check on the status of
it and they still can't find
anything. That means
Steve, Bob, and I did our
job on our end right. Now
you just need to blame
Chris for everything that
way you both can take the
blame. So hurry up and
make Chris take the
blame. Or we will make
sure you both suffer this
weekend. I want you both
dead or in prison that way
I can make him lose
everything he has going
for him now. I will send
more guys to both of
you're houses every day

If you reply, Susan Martin will also be able to
call you and see info like your Active Status
and when you've seen messages.

    Block              Delete

           Aa

6:08                                    .ıll LTE

2   Susan Martin
        3:44 PM

My therapist and anger
management class
teacher Chyncia Howard
at the mental health
association on east harry.
Even agrees with my so I
have her to defend me. To
make it look like you and
Chris doing it. She even
said she will vouch for me
that you are stalking me
and impersonating me.
That is how I am going to
get you and Chris to take
the blame for all of it. And
there is nothing either of
you can do to stop me. I
will get my revenge on
both of you everything
you two did starting with

If you reply, Susan Martin will also be able to
call you and see info like your Active Status
and when you've seen messages.

    Block              Delete

           Aa

18



54.    On March 18, 2022 Detective Pearman had in-person contact with MARTIN,

during which MARTIN asked if she could obtain a new phone. Approximately two hours later

the **TARGET ACCOUNT** contacted CHRISTIAN, which was sent as a screen-capture to

Detective Pearman:



55.    The **TARGET ACCOUNT** has tagged CHRISTIAN in comments and has many pictures of the orders of shipping boxes and labels from USPS, which were sent to CHRISTIAN and her family.

56.     On March 29, 2022, Hutchinson Police Case took a report (2022-00008112) from CHRISTIAN's mother, Sandra DALE, regarding receiving packages purportedly from Susan MARTIN. These were United States Postal Office boxes, which can be pre-ordered and arrived broken down and bundled together

57.     On March 29, 2022, a sex advertisement on Locanto for DALE's address was posted to the **TARGET ACCOUNT**.

58.     On March 30, 2022 Detective Pearman contacted Locanto about the ads posted to the **TARGET ACCOUNT** and learned that they were registered to "susanmartinsusieque65@gmail.com" with the same IPv4 address seen in the initial Locanto ads, as well as observed by the investigators, which returned to MARTIN's residence at 1845 S Ida in Wichita, Kansas.

59.     WPD Detective Pearman undertook recent (September 2022) visual surveillance of the residence at 1845 S Ida and observed a car known to be operated by MARTIN present. Pearman made contact with the US Postal Service and learned MARTIN had changed her address from an Arkansas location back to 1845 S Ida in Wichita, Kansas, on September 3, 2022. Similarly, US Postal Service advised TETER had deleted his change of address to the (same) Arkansas location, returning service to 1845 S Ida in Wichita, Kansas, on September 13, 2022.

## BACKGROUND REGARDING FACEBOOK

60.     Meta Platforms, Inc., formerly known as Facebook, owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

21

61.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

62.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

63.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

64.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items

22

available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

65.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

66.     Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account.  Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

67.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

68.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

69.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

70.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

71.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

72.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

73.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a

Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

74.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

75.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access

their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

76.     Therefore, the computers of Meta (Facebook) are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

77.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

<b><u>CONCLUSION</u></b>

78.     Based on the forgoing, I request that the Court issue the proposed search warrant.

79.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

80.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is a district court of the United States  in the district of Kansas that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

81.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

2375

Natalie A Daemen
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on _____6 Oct_____, 2022

THE HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

27

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Meta Platforms, Inc., (formerly Facebook) user **100078629967555** that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Meta Platforms, Inc**

To the extent that the information described in Attachment A is within the possession,

custody, or control of Meta Platforms, Inc. (formerly and commonly known as Facebook),

regardless of whether such information is located within or outside of the United States,

including any messages, records, files, logs, or information that have been deleted but are still

available to Meta Platforms, Inc., or have been preserved pursuant to a request made under 18

U.S.C. § 2703(f), Meta Platforms, Inc. is required to disclose the following information to the

government for each user ID listed in Attachment A:

> (a)     All contact and personal identifying information, including full name, user
>
> identification number, birth date, gender, contact e-mail addresses, physical
>
> address (including city, state, and zip code), telephone numbers, screen names,
>
> websites, and other personal identifiers.
>
> (b)     All activity logs for the account and all other documents showing the user's posts
>
> and other Facebook activities during the period of **December 1, 2021 to present**;
>
> (c)     All photos and videos uploaded by that user ID and all photos and videos
>
> uploaded by any user that have that user tagged in them during the period of
>
> **December 1, 2021 to present**, including Exchangeable Image File ("EXIF") data
>
> and any other metadata associated with those photos and videos;
>
> (d)     All profile information; News Feed information; status updates; videos,
>
> photographs, articles, and other items; Notes; Wall postings; friend lists, including
>
> the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification
numbers; future and past event postings; rejected "Friend" requests; comments;
gifts; pokes; tags; and information about the user's access and use of Facebook
applications;

(e)      All records or other information regarding the devices and internet browsers
associated with, or used in connection with, that user ID, including the hardware
model, operating system version, unique device identifiers, mobile network
information, and user agent string;

(f)      All other records and contents of communications and messages made or received
by the user during the period of **December 1, 2021 to present** including all
Messenger activity, private messages, chat history, video and voice calling
history, and pending "Friend" requests;

(g)      All "check ins" and other location information;

(h)      All IP logs, including all records of the IP addresses that logged into the account;

(i)      All records of the account's usage of the "Like" feature, including all Facebook
posts and all non-Facebook webpages and content that the user has "liked";

(j)      All information about the Facebook pages that the account is or was a "fan" of;

(k)      All past and present lists of friends created by the account;

(l)      All records of Facebook searches performed by the account during the period of
**December 1, 2021 to present**;

(m)      All information about the user's access and use of Facebook Marketplace;

(n)      The types of service utilized by the user;

2

(o)     The length of service (including start date) and the means and source of any

payments associated with the service (including any credit card or bank account

number);

(p)     All privacy settings and other account settings, including privacy settings for

individual Facebook posts and activities, and all records showing which Facebook

users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person

regarding the user or the user's Facebook account, including contacts with support

services and records of actions taken.

Meta Platforms, Inc. is hereby ordered to disclose the above information to the

government within **14 DAYS** of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § § 2252A and 2261A involving Susan MARTIN and/or Christopher TETER **since December 1, 2021**, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications between victim and subjects of investigations, including the accounts known to law enforcement and referenced in the attached affidavit.

(b) Communications regarding victim and/or victim's family or associates.

(c) Communications pertaining to prostitution and advertisements for sex (free or commercial).

(d) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner.

(e) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation.

(f) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and

4

technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Meta Platforms, Inc, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Meta Platforms, Inc, and they were made by Meta Platforms, Inc as a regular practice; and

b.      such records were generated by Meta Platforms, Inc's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Meta Platforms, Inc in a manner to ensure that they are true duplicates of the original records; and

6

2.      the process or system is regularly verified by Meta Platforms, Inc, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____        _____
Date                                    Signature

7